**James E. SMITH, Plaintiff—Appellant,**

v.

**DIRECTORS OF the ENEMY OF ALIEN CONTROL UNIT OF the DEPARTMENT OF JUSTICE, Defendant—Appellee.**

No. 08–15591.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2009.*

Filed April 6, 2009.

James E. Smith, Delano, CA, pro se.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

MEMORANDUM **

James E. Smith, a California state prisoner, appeals pro se from the district court's order dismissing his 42 U.S.C.

§ 1983 action pursuant to the screening provisions of 28 U.S.C. §§ 1915(e) and 1915A. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed the action for failure to state a claim because Smith failed to allege facts that demonstrated that his constitutional rights were violated, and did not allege facts to support relief under any federal or state law. *See id.* at 449.

The district court did not abuse its discretion by denying Smith's request for attorney's fees because Smith was not the prevailing party. *See* 42 U.S.C. § 1988(b); *Richard S. v. Dep't of Developmental Servs. of Cal.,* 317 F.3d 1080, 1085 (9th Cir.2003) (reviewing for an abuse of discretion the denial of attorney's fees).

Smith's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.